IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3030-2 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| ANGELICA CHAVIRA SANDOVAL, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of the government, and over the objection of the defendant,

IT IS ORDERED that:

(1) Trial of this case as to Defendant Sandoval is continued to 9:00 a.m., Monday, May 15, 2006, as the number three criminal case, before the undersigned United States district judge, in Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

(2) The time between today's date and the new trial date is **NOT** excluded under the Speedy Trial Act.

April 20, 2006.                    BY THE COURT:

                                   s/ *Richard G. Kopf*
                                   United States District Judge