IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 4:06CR3030 |
| v. | ) | |
| | ) | |
| ANGELICA CHAVIRA SANDOVAL, | ) | |
| | ) | ORDER |
| Defendants. | ) | |
| | ) | |

Defendant appeared with counsel on this date for purposes of an arraignment and plea to the superseding indictment.  However, upon consideration of the plea agreement and petition to enter a plea of guilty, the court was advised that there could be doubts about the factual basis for a plea of guilty.  Additional work needs to be completed on transcripts of conversations between the defendants.  For that reason, a not guilty plea was entered and the matter set for trial.  At such time as different plans are appropriate, counsel will advise the court accordingly on or before May 26, 2006.

IT THEREFORE HEREBY IS ORDERED,

1.  Trial of this matter is set to commence at 9:00 a.m. on June 19, 2006 in Courtroom #1 before Hon. Richard G. Kopf, United States District Judge.

2.  The court finds from the information provided during the hearing that to require the defendant to proceed to trial within the remaining period allowed by the Speedy Trial Act would result in a miscarriage of justice.  There is insufficient preparation time remaining under the Act to allow a fair presentation of the evidence by either side, taking into consideration all due diligence.  The defendant's interest in having counsel adequately prepared for trial fully outweighs her interest, and the public's

interest, in a speedy trial.  18 U.S.C. § 3161(h)(8)(A) and
(B)(iv).  Therefore, the time between today's date and June 19,
2006 is excluded from the calculation of days pursuant to the
Speedy Trial Act.

DATED this 18th day of May, 2006.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge